# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 84511

**FILED**

APR 2 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for relief from judgment. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for relief from judgment in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Erika D. Ballou, District Judge
      Brian Kerry O'Keefe
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

22-13703